Paul Koepke, Administrator of Estate of Joseph T. Baldwin, Deceased, Appellant, v. Matthews Brothers Construction Company, Appellee.

Gen. No. 41,549.

opinion filed March 2, 1943. H. H. Patterson, for appellant; Edmund C. Maurer, of counsel; Rawlins & Wright, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''